IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Loyer,                                                        :
                                                                     :
            Plaintiff(s),                                            :
                                                                     :    Case Number: 1:13cv773
      vs.                                                            :
                                                                     :    Chief Judge Susan J. Dlott
J. Whorton, et al.,                                                  :
                                                                     :
            Defendant(s).                                            :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge

Stephanie K. Bowman filed on February 18, 2014 (Doc. 10), to whom this case was referred pursuant to

28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such

objections under Fed. R. Civ. P. 72(b) expired April 22, 2014, hereby ADOPTS said Report and

Recommendation.

Accordingly, the following claims are DISMISSED for failure to state a federal claim for relief

under §1983:

1.      Plaintiff's claims seeking monetary relief from all defendants in their official capacities;

2.      Plaintiff's claims against defendant ODRC;

3.      Plaintiff's claims against defendants Crutchfield, McGlothen and John Doe Assistant
        Chief Inspector; and

4.      Plaintiff's claims against John/Jane Does x 100.

See 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

IT IS SO ORDERED.


                                              ___s/Susan J. Dlott_____
                                              Chief Judge Susan J. Dlott
                                              United States District Court