IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Loyer,                              :
                                            :
       Plaintiff(s),                :
                                            :   Case Number: 1:13cv773
   vs.                                      :
                                            :   Chief Judge Susan J. Dlott
J. Whorton, et al.,                         :
                                            :
       Defendant(s).                :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on July 31, 2014 (Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 18, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motion to dismiss for failure to state a claim (Doc. 18) is **GRANTED**.  This matter is hereby **TERMINATED** on the docket of this Court.

IT IS SO ORDERED.

                                                                       ___s/Susan J. Dlott_____
                                                                       Chief Judge Susan J. Dlott
                                                                       United States District Court